IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
JAMES BONINI
2012 FEB 15 PM 3:55

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:12CR016 |
| v. | : | JUDGE TIMOTHY S. BLACK |
| RICHARD CASTLE<br>aka RICHARD PARKER<br>aka RICHARD JOSHUA PARKER<br>aka JOSH FADE<br>aka JOSH | :<br>:<br>: | **SUPERSEDING INDICTMENT**<br>18 U.S.C. § 1470<br>18 U.S.C. § 2422(b)<br>18 U.S.C. § 2423(b) |

THE GRAND JURY CHARGES THAT:

### COUNT 1
### [18 U.S.C. § 2422(b)]

Between in or about March 2009 and June 2011, in the Southern District of Ohio and elsewhere, defendant **RICHARD CASTLE, aka RICHARD PARKER, aka RICHARD JOSHUA PARKER aka JOSH FADE aka JOSH** knowingly used any facility of interstate or foreign commerce, to knowingly persuade, induce, entice and coerce any individual who had not attained the age of 18 years - - namely, a minor identified herein as "Minor A" - - to engage in any sexual activity for which any person could be charged with an offense - - namely, unlawful sexual conduct with a minor, in violation of the Ohio Revised Code, Section 2907.04(A) and (B), and importuning in violation of Ohio Revised Code, Section 2907.07(B) and (D)(1).

In violation of 18 U.S.C. § 2422(b).

### COUNT 2
### [18 U.S.C. § 2423(b)]

In or around June 2011, in the Southern District of Ohio and elsewhere, defendant **RICHARD CASTLE, aka RICHARD PARKER, aka RICHARD JOSHUA PARKER aka**

1

**JOSH FADE aka JOSH** traveled in interstate and foreign commerce - namely, from the United Kingdom to Ohio - for the purpose of engaging in any illicit sexual conduct with another person, namely - - "Minor A."

In violation of 18 U.S.C. § 2423(b).

## COUNT 3
### [18 U.S.C. § 1470]

Beginning on an exact date unknown, but at least by in or about 2010 and continuing up to and including April 2011, in the Southern District of Ohio and elsewhere, defendant **RICHARD CASTLE, aka RICHARD PARKER, aka RICHARD JOSHUA PARKER aka JOSH FADE aka JOSH** did, by means of interstate or foreign commerce, knowingly transferred obscene matter to another individual who had not attained the age of 16 years.

In violation of 18 U.S.C. § 1470.

## FORFEITURE ALLEGATIONS

Upon conviction of one or more of the offenses alleged in Counts One and/or Two of this Superseding Indictment, the defendant, **RICHARD CASTLE, aka RICHARD PARKER, aka RICHARD JOSHUA PARKER aka JOSH FADE aka JOSH**, shall forfeit to the United States pursuant to 18 U.S.C. § 2428, any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of the offenses alleged in Counts One and/or Two of this Superseding Indictment and any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of the offenses.

Upon conviction of Count Three of this Superseding Indictment, the defendant, **RICHARD CASTLE, aka RICHARD PARKER, aka RICHARD JOSHUA PARKER aka JOSH FADE**

**aka JOSH**, shall forfeit to the United States pursuant to 18 U.S.C. § 1467, any obscene material produced, transported, mailed, shipped, or received as a result of such offense; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and any property, real or personal, used or intended to be used to commit or to promote the commission of such offense.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant(s):

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) as incorporated by 18 U.S.C. §2428(b)(2), 28 U.S.C. §2461(c) and 18 U.S.C. §1467(b), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

A TRUE BILL

/S/
———————————
FOREMAN

CARTER M. STEWART
United States Attorney

———————————
LAURA I. CLEMMENS
Chief, Dayton Branch